IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| TERRY THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 3:23-cv-379-ECM |
| ) | |
| THE GUARDIAN LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the parties' joint stipulation of dismissal with prejudice (doc. 16), which comports with FED. R. CIV. P. 41(a)(1)(A)(ii), this action has been DISMISSED with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 2nd day of October, 2023.

                                        /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE